(No. 74-CV-58—

JAMES FOSTER, III, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed October 11, 1974.*

JAMES FOSTER III, Claimant pro se.

WILLIAM J. SCOTT, Attorney General; GEORGE A. MUSTIS, Assistant Attorney General, for Respondent.

PER CURIAM.

This claim arose out of criminal aggravated battery on December 28, 1973, at 7922 South Marshfield Avenue, Chicago, Illinois. James Foster, III, seeks compensation pursuant to provisions of the "Crime Victims Compensation Act" (hereafter referred to as "the Act"), Illinois Rev. Stat., 1973, Ch. 70, Sec. 71 *et. seq.*

This court has carefully considered the application for benefits submitted on the form prescribed and furnished by the Court; and a report by the Attorney General of the State of Illinois, which substantiates the matter set forth in the application. Based upon the documents and other evidence submitted before the Court, the Court finds as follows:

1. That the Claimant was a victim of a violent crime covered under Ill. Rev. Stat., 1973, Chap. 70, Sec. 72, to wit:

"Aggravated Battery Sec. 12-4, Ch. 8, Ill. Rev. Stat., 1973".

2. That said crime occurred at 5:30 p.m. on December 28, 1973, at 7922 South Marshfield Avenue, Chicago, Illinois, at which time claimant suffered a gunshot wound to the lower left side of the back.

3. That said crime was reported to Area 2, Robbery Division of the Chicago Police Department promptly and claimant has cooperated with law enforcement officials.

4. There was no evidence that claimant was a relative or member of the same household of the assailant.

5. The injury to claimant was not attributable either to his wrongful act or provocation on his part.

6. Claimant has suffered damages in excess of $200.00 compensable by Section 4 of the Act, to wit:

| | | |
|---|---|---|
| A. | Hospital expense . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $690.95 |
| B. | Surgical and Doctor expense . . . . . . . . . . . . . . . . . . . . . . | 100.00 |
| | TOTAL EXPENSES . . . . . . . . . . . . . . . . . . . . . . . . . . | $790.95 |
| | Less $200 deductible . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 200.00 |
| | TOTAL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $590.95 |

7. Claimant has received no benefits or reimbursements from any source, nor is he or his family entitled to any benefits.

8. That the proof submitted in support of this claim satisfies all of the requirements of this Act, and the claim is therefore compensable thereunder.

IT IS HEREBY ORDERED that the sum of $590.95 (FIVE HUNDRED AND NINETY DOLLARS AND NINETY FIVE CENTS) be awarded James Foster, III as an innocent victim of a violent crime.